```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
MIRIAM HALEY,                                             :
                                                          :
                         Plaintiff,                       :
                                                          :      20-CV-9109 (JPC)
             -v-                                          :
                                                          :          ORDER
HARVEY WEINSTEIN,                                         :
                                                          :
                         Defendant.                       :
                                                          :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff filed the Complaint in this action on October 30, 2020, (Dkt. 1), and filed a Proof of Service on Defendant on November 23, 2020, (Dkt. 9). The Proof of Service represents that service of the Summons and Complaint was made on November 18, 2020, making Defendant's response to the Complaint due on December 9, 2020. To date, Defendant has neither responded to the Complaint nor appeared in this action.

Plaintiff is hereby ORDERED to file a status letter with the Court by no later than January 29, 2021. In that letter, Plaintiff shall inform the Court as to the status of this litigation, including whether she intends to move for a default judgment against Defendant.

Further, the Initial Pretrial Conference scheduled for January 22, 2021, at 2:00 p.m. is hereby adjourned *sine die*.

SO ORDERED.

Dated: January 19, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge